1  JOHN F. PRENTICE, ESQ. SBN 087606
   ROBERT D. POSTAR, ESQ. SBN 103538
2  John F. Prentice & Associates, P.C.
   2200 Powell Street, Suite 740
3  Emeryville, CA 94608
   Telephone: (510) 420-9000
4  Facsimile: (510) 597-0718
   E-mail: jfprenticelaw@yahoo.com
5  E-mail: rpjfprenticelaw@yahoo.com

6  Attorneys for Plaintiff
   Steven D. Peters

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. PETERS, convenience<br><br>    Plaintiffs,<br><br>v.<br><br>VACAVILLE CHRISTIAN SCHOOLS, a California Corporation,<br>PAUL HARRELL, Individually, and as CEO of VACAVILLE CHRISTIAN SCHOOLS,<br>DEAN THORN, Individually, and as Chair of the Board of Directors of VACAVILLE CHRISTIAN SCHOOLS,<br>RON MYSKA, Individually, and as Chair of the Board of Directors of VACAVILLE CHRISTIAN SCHOOLS,<br>and DOES 1-100,<br><br>    Defendants.<br>_____/ | CASE NO. 2:10-CV-03261-JAM-GGH<br><br>**STIPULATION TO ALLOW THE FILING OF PLAINTIFF STEVEN D. PETER'S SECOND AMENDED COMPLAINT AND ORDER THEREON** |

Plaintiff STEVEN D. PETERS, through his counsel, John F. Prentice, Esq. of John F. Prentice & Associates, P.C., and Defendants VACAVILLE CHRISTIAN SCHOOLS, PAUL HARRELL, DEAN THORN, and RON MYSKA, through their respective counsel, Michael H. Porrazzo, Esq. of The Christian Law Firm, stipulate as follows:

**STIPULATION**

1. That Plaintiff Steven D. Peters, may file a Second Amended Complaint in the above entitled action. The effective date being January 12, 2011, the date Plaintiff filed his motion to amend with this court.

---

**STIPULATION TO ALLOW THE FILING OF PLAINTIFF STEVEN D. PETER'S SECOND AMENDED COMPLAINT AND ORDER THEREON**                                                                                           Page 1

2. That the demurrer that was filed to Plaintiff's First Amended Complaint in Solano County Superior Court shall be deemed a Motion to Dismiss under Federal Rule 12.

3. It is further stipulated that the Court will give a briefing schedule to respond to Defendants' motion.

4. This stipulation is based on the following factual recitation.

## FACTUAL RECITATION

Steven D. Peters, filed a Complaint for wrongful termination and related causes of action in Solano County Superior Court on April 26, 2010. There were four other named Plaintiffs in the Complaint. The service of all Defendants with the Summons and Complaint was made on May 13, 2010 and proof of service was filed with the court. A First Amended Complaint was filed on September 13, 2010 and Defendants' acknowledged receipt of that Complaint. After the filing of the initial Complaint, the Court conducted a case management conference and the parties agreed to private mediation. As a result of the private mediation all Plaintiffs', with the exception of Steven D. Peters, resolved their disputes with Vacaville Christian Schools and a dismissal with prejudice as to the four Plaintiffs was filed on December 1, 2010.

On December 1, 2010 a Notice of Demurrer and Demurrer was filed by Vacaville Christian School to Plaintiff's Complaint. In addition, a Request for Removal was filed by Defendants removing the First Amended Complaint to Federal Court.

On November 5, 2010, before the removal to Federal Court, Plaintiff's counsel appeared in Solano County Superior Court and made an oral motion to amend the First Amended Complaint. That oral motion was granted on November 5, 2010.

The basis for the oral motion was to amend the Complaint and to remove the named Plaintiffs who had resolved the dispute with Vacaville Christian School from the Complaint and to amend the language with regard to the causes of action to the Complaint and to amend the Complaint based upon the issuance of a new right to sue letter issued by the Equal Employment Opportunity Commission.

Prior to the time that Plaintiff was able to file the Second Amended Complaint, pursuant to Court Order, the case was removed to Federal Court by the Defendants.

On January 12, 2011, Plaintiff filed a motion in Federal Court to allow the filing of a Second

1  Amended Complaint. That motion is currently pending and scheduled to be heard on March 23, 2011.

2  Based on the foregoing facts, the parties have agreed to stipulate to Plaintiff filing a Second
3  Amended Complaint. The effective date of the filing of that Complaint will be retroactive to the date
4  of the filing of the motion in Federal Court to allow the Second Amended Complaint to be filed, which
5  is January 12, 2011.

6  The parties further stipulate that the Demurrer that was filed to Plaintiff's State Complaint in
7  Solano County Superior Court shall be deemed a Motion to Dismiss under Federal Rule 12 and the
8  Court will issue a briefing schedule to allow the Defendants to file a brief in support and reply brief and
9  the Plaintiff to respond to the motion to dismiss on behalf of the one remaining Plaintiff, Steven D
10 Peters.

11 **IT IS SO STIPULATED.**

12 Dated: _____                    JOHN F. PRENTICE & ASSOCIATES, P.C.

15                                              _____
                                                John F. Prentice, Esq.
                                                Attorney for Plaintiff
16                                              Steven D. Peters

17 Dated: March 9, 2011                         THE CHRISTIAN LAW FIRM
18

19                                              _____/s/_____
                                                Michael H. Porrazzo, Esq.
20                                              Attorneys for Defendants
                                                Vacaville Christian Schools;
21                                              Paul Harrell; Dean Thorn; Ron Myska

22                              **COURT ORDER**

23 The Court has read and considered the foregoing Stipulation. Based on the stipulation of the
24 parties and GOOD CAUSE APPEARING THEREFORE,

25 **IT IS HEREBY ORDERED**:

26 1.     That Plaintiff Steven D. Peters may file a Second Amended Complaint in the above
27 entitled action. The date of filing shall be deemed to be January 12, 2011, the date Plaintiff's Motion
28 to Amend was filed with this Court.

2. That the Demurrer that was filed to Plaintiff's First Amended Complaint in Solano County Superior Court shall be deemed a Motion to Dismiss under Federal Rule 12.

3. It is further stipulated that the Court will give a briefing schedule for the Defendants to file a brief in support and reply brief and for Plaintiff to respond to Defendants' Motion.

4. The hearing date of Defendants' Motion to Dismiss is set for **May 18, 2011 at 9:30 a.m.**.

5. Defendants shall file their brief in support of the Motion to Dismiss by **April 20, 2011.** Plaintiff shall respond to Defendants' Motion by **May 4, 2011**, and Defendants shall file their reply brief by **May 11, 2011.** The parties shall file their respective briefs pursuant to Federal Rules of Civil Procedure and Local Rules.

6. Based on this Stipulation and Court Order Plaintiff's Motion to amend set for March 23, 2011 is vacated from the Court's calendar.

**IT IS SO ORDERED.**

Dated:  3/9/2011                                            /s/ John A. Mendez
                                                            Hon. John A. Mendez
                                                            U.S. District Court Judge