John F. Prentice, Esq. (SBN 087606)
Robert D. Postar, Esq. (SBN 103538)
John F. Prentice & Associates, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Phone: 510-420-9000
Facsimile: 510-597-0718

Attorneys for Plaintiff
Steven Peters

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| STEVEN PETERS,<br><br>        Plaintiff,<br><br>vs.<br><br>VACAVILLE CHRISTIAN SCHOOLS, a California Corporation,<br>PAUL HARRELL, Individually and as CEO of VACAVILLE CHRISTIAN SCHOOLS,<br>DEAN THORN, Individually and as Chair of the Board of Directors of VACAVILLE CHRISTIAN SCHOOLS,<br>RON MYSKA, Individually and as Chair of the Board of Directors of VACAVILLE CHRISTIAN SCHOOLS, and<br>DOES 1-100<br><br>        Defendants. | CASE NO. 2:10-CV-03261-JAM-GGH<br><br>**ORDER APPROVING JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Good cause having been shown, the Stipulation Re: Dismissal with Prejudice as to All Defendants submitted by the parties is approved. This action is dismissed with prejudice as to all Defendants. All parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  8/1/2011                                     /s/ John A. Mendez
                                                              Honorable John A. Mendez
                                                              U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com